UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:09-cr-0146-01 (B/F) |
| ) | |
| BRIAN L. NEHRIG, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Brian L. Nehrig's probation be modified, the Court, pursuant to Title 28 U.S.C. §636(b)(1)(C), Rule 72B of the *Federal Rules of Criminal Procedure*, now approves the Report and Recommendation as follows:

Mr. Nehrig's probation is modified as follows:

1. The defendant's probation is modified to require a period of six months on electronic monitoring. Defendant will be allowed to have gainful employment while on electronic monitoring.

2. The U. S. Parole and Probation officer will have the option of terminating the six months of electronic monitoring before the six months has been completed.

3. Upon completion of the term of electronic monitoring, the defendant will resume probation under the previously-imposed conditions of probation.

**IT IS SO ORDERED** this \_\_2nd\_\_ day of ~~August~~ Sept., 2010.

_Sarah Evans Barker_
Sarah Evans Barker, Judge
United States District Court

Distribution:

Gayle Helart,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Bruce D. Brattain
BRATTAIN & MINNIX
151 N. Delaware Street
Suite 760
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal